1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  J. MARK KANG  (NYBN 4033999)
   Special Assistant United States Attorney

5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102

6      Telephone:  (415) 436-7050
       Fax: (415) 436-7234

7      E-Mail: Mark.Kang@usdoj.gov

8  Attorneys for the United States of America

9

                    UNITED STATES DISTRICT COURT

10

                  NORTHERN DISTRICT OF CALIFORNIA

11

                      SAN FRANCISCO DIVISION

12

13

14 UNITED STATES OF AMERICA,            )   No. CR 12-0306 SI
                                        )       CR 08-0913 SI
           Plaintiff,                   )

15                                      )

16    v.                               )
                                        )
17 DENIS NAHUN TORRES,                  )   **STIPULATION AND [PROPOSED]**
      a/k/a Denis Nahun Torres Medina,  )   **ORDER EXCLUDING TIME UNDER 18**
                                        )   **U.S.C. § 3161**
18    a/k/a Denis Torres,               )
      a/k/a Denis Medina,               )

19                                      )
           Defendant.                   )

20    ─────────────────────────────────)

21        On August 24, 2012, the parties in this case appeared before the Court.  At that time, the

22 parties informed the Court of the need for motion practice to resolve an issue of law and that

23 defendant's counsel intends to file a motion to dismiss the indictment on September 21, 2012.

24 The parties have agreed to exclude the period of time between August 24, 2012 and September

25 21, 2012 from any time limits applicable under 18 U.S.C. § 3161.  The parties represented that

26 granting the exclusion would allow the reasonable time necessary for effective preparation of

27 counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice

28 served by granting such an exclusion of time outweigh the best interests of the public and the

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0306 SI & CR 08-0913 SI

defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 24, 2012     _____/s/_____
              J. MARK KANG
              Special Assistant United States Attorney

DATED: August 24, 2012     _____/s/_____
              JODI LINKER
              Attorney for DENIS NAHUN TORRES

[~~PROPOSED~~] ORDER

For the reasons stated above and at the August 24, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 24, 2012 through September 21, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 28, 2012

THE HONORABLE SUSAN ILLSTON
United States District Judge